UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL VALENCIA GALLEGOS,<br><br>    Defendant. | Case No.: 1:19-cr-00142 JLT<br><br>ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION<br><br>(Doc. 107) |

Mr. Gallegos seeks a reduction in his sentence based upon the Amendments to the United States Sentencing Guidelines, which provide a benefit for "zero-point" offenders and for certain offenders who were under a term of supervision at the time the defendant committed the offense. Because, Mr. Gallegos fails to demonstrate he is entitled to a sentence adjustment, the motion is **DENIED**.

**I. Analysis**

Mr. Gallegos plead guilty to one count of Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § § 846, 841(a)(1). (Doc. 92 at 1) At the sentencing hearing, the Court determined Mr. Gallegos's criminal history placed him in a criminal history category II, due to a prior conviction for narcotics-related offenses. (Doc. 92 at 9) Because § 4C1.1 provides for a sentence reduction only for those with no criminal history points, Mr. Gallegos is not entitled to the adjustment. The Court did not impose any "status points" under

the former USSG § 4A1.1. Thus, even if Mr. Gallegos has done well while in custody, he is not entitled to a sentencing adjustment based upon the Amendments to the Sentencing Guidelines. Thus, his motion to reduce his sentence (Doc. 53) is **DENIED**.

IT IS SO ORDERED.

Dated:   **June 7, 2024**

UNITED STATES DISTRICT JUDGE